JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS PATRICK HARVEY,<br><br>          Plaintiff,<br><br>     vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br>                    Defendant. | Case No. CV 15-00473-KES<br><br>ORDER OF DISMISSAL |

On November 24, 2015, a Stipulation for Dismissal was filed by the parties requesting the Court dismiss the matter with prejudice, each party to bear its own fees, costs, and expenses, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii) and 41(a)(1)(B). (DE #21.)

IT IS THEREFORE ORDERED that the Complaint is dismissed with prejudice, each party to bear its own fees, costs and expenses.

DATED:  November 30, 2015

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

1